**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            james.goldberg@bryancave.com
                     tom.nanney@bryancave.com

Attorneys for Defendants
BANK OF AMERICA HOME LOANS and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVELINO MARTINEZ<br><br>         Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA HOME LOANS; FIRST FINANCIAL EQUITIES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; UVC FINANCIAL, URIEL VARGAS; and DOES 1-20 inclusive,<br><br>         Defendants. | Case No. 2:09-CV-03180 FCD DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC., ERRONEOUSLY NAMED AS BANK OF AMERICA HOME LOANS, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-144]** |

## **STIPULATION**

This Stipulation is entered into by Plaintiff AVELINO MARTINEZ ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC., erroneously named as Bank of America Home Loans ( "CHL") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS").

WHEREAS, on November 16, 2009, Plaintiff filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on December 14, 2009, Plaintiff, CHL and MERS agreed to a 30-day extension of time for CHL and MERS to file their response to the

Complaint;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted CHL and MERS an additional 30-day extension until January 22, 2010 to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiff, on the one hand, and CHL and MERS, on the other, desire and hereby **STIPULATE** that CHL and MERS shall have until, and including, January 22, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  December 14, 2009        **LAW OFFICES OF SHARON L. LAPIN**
　　　　　　　　　　　　　　　　　Sharon L. Lapin

　　　　　　　　　　　　　　　　　By:  /s/ Sharon L. Lapin
　　　　　　　　　　　　　　　　　　　Sharon L. Lapin
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　AVELINO MARTINEZ

Dated:  December 14, 2009        **BRYAN CAVE LLP**
　　　　　　　　　　　　　　　　　James Goldberg
　　　　　　　　　　　　　　　　　Thomas E. Nanney

　　　　　　　　　　　　　　　　　By:  /s/ James Goldberg
　　　　　　　　　　　　　　　　　　　James Goldberg
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　COUNTRYWIDE HOME LOANS, INC.,
　　　　　　　　　　　　　　　　　　　erroneously named as Bank of America Home
　　　　　　　　　　　　　　　　　　　Loans and MORTGAGE ELECTRONIC
　　　　　　　　　　　　　　　　　　　REGISTRATION SYSTEM, INC.

**ORDER**

Having reviewed the Stipulation of Plaintiff AVELINO MARTINEZ, and Defendants BANK OF AMERICA HOME LOANS and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. and good cause appearing, IT IS ORDERED THAT Defendants BANK OF AMERICA HOME LOANS and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. shall have until, and including, January 22, 2010 to respond to the Complaint in this matter.

Dated:  December 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE